PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 92459

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 07-20314-CR-KING
### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: BROWN, Bakari

Name of Sentencing Judicial Officer: The Honorable James Lawrence King, United States District Judge, Miami, Florida

Date of Original Sentence: November 3, 2008

Original Offense: Felon in Possession of a Firearm, in Violation of Title 18 U.S.C. Subsection 922(g)(1) and 924(e)(1), a Class A felony

Original Sentence: 120 months custody of the Bureau of prisons to be followed by three(3) years of supervised release. As a special condition of supervised release the defendant was ordered to pay a $100.00 assessment.

Type of Supervision: Supervised Release    Date Supervision Commenced: December 2, 2015

Assistant U.S. Attorney:    Defense Attorney:

H. Ron Davidson    Stewart G. Abrams  
United State Attorney's Office    Assistant Federal Public Defender  
99 NE 4 Street    150 W. Flagler Street  
Miami, Florida 33132    Miami, FL 33130  
(305) 961-9405    (305) 536-6900

---

### PETITIONING THE COURT

☒ To issue a warrant  
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**    **Nature of Noncompliance**

1.    **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about September 14, 2016, in Broward County, Florida the defendant did commit the offense of Burglary Unoccupied dwelling in violation of Florida Statue 810.02-3(b).

PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 92459

2. **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about September 14, 2016, in Broward County, Florida the defendant did commit the offense of Possession of Burglary Tools with Intent to Use in violation of Florida statue 810.06.

United States Probation Officer Recommendation:

The term of supervision should be
- ☒ revoked.
- ☐ extended for _____ years, for a total term of _____ years.
- ☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2016

Michael D. Parrish  
Sep 20 2016 1:39 PM

Michael Parrish  
United States Probation Officer  
Office: (954) 769-5585  
Cellular: (786) 371-4196

Madardo Montarrey  
Sep 20 2016 8:40 AM

---

**THE COURT ORDERS:**

- ☐ No Action
- ☒ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Submit a Request for Modifying the Conditions or Term of Supervision

_____  
Signature of Judicial Officer

Sept 23, 2016  
Date